HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) NO. CR18-297-RSL
)
        Plaintiff, )
) (PROPOSED) ORDER GRANTING
    vs. ) UNOPPOSED MOTION TO EXTEND
) PRETRIAL MOTIONS DEADLINE
TIMOTHY ROSS SMITH, )
)
        Defendant. )
)
)

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from December 2, 2019 to December 16, 2019.

DONE this 26th day of November, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Timothy Ross Smith

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**